An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NICOLA SAULLE, DERIVATIVELY ON BEHALF OF FORCE PROTECTION, INC.,<br>Appellants,<br>vs.<br>FRANK KAVANAUGH; GORDON MCGILTON; MICHAEL MOODY; MICHAEL DURSKI; RAYMOND POLLARD; JACK A. DAVIS; ROGER G. THOMPSON, JR.; JOHN S. DAY; JOHN W. PAXTON, SR.; AND FORCE PROTECTION, INC., A NEVADA CORPORATION, NOMINAL DEFENDANT,<br>Respondents. | No. 60553<br><br>**FILED**<br><br>JUL 0 1 2013<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY _R. Malone_<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Having considered the parties' stipulation to dismiss this appeal, we approve it. Accordingly, we vacate the oral argument presently scheduled for 1:30 p.m., on July 3, 2013, and we order this appeal dismissed.

It is so ORDERED.

_Pickering_____, C.J.

cc: Hon. James Todd Russell, District Judge
Robert L. Eisenberg, Settlement Judge
Law Offices of Alfred G. Yates, Jr.
Robbins Arroyo LLP
O'Mara Law Firm, P.C.
King & Spalding LLP
Lewis & Roca, LLP/Las Vegas
Kaempfer Crowell Renshaw Gronauer & Fiorentino
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-19256